UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

JAMES EDWARD ELLIOT,

    Plaintiff,

v.                                                   Civil Action No. 4:22cv72

JOHN CRANE, INC. *et al.*,

    Defendants.

## ORDER

Before the Court are a Consent Motion to Remand to State Court (Consent Mot., ECF No. 6) and an accompanying Memorandum in Support (Memo., ECF No. 7). The action was originally filed in the Circuit Court for the City of Newport News, Virginia but was removed to this Court on June 28, 2002, under 28 U.S.C. §§ 1332, 1441 and 1446 on the grounds that complete diversity of citizenship existed between JCI, a Delaware corporation with its principal place of business in Illinois, and Plaintiff, a citizen of Virginia, and that none of the thirteen other defendants named in the case had been served. Memo. at 1-2, ECF No. 7. It was subsequently discovered that an additional defendant, J. Henry Holland Corporation, a Virginia corporation, was served on June 27, 2022. *Id.* at 2. Accordingly, the parties agree that complete diversity of citizenship did not exist at the time of removal and that this action should be remanded to the Circuit Court for the City of Newport News, Virginia. *Id.*

Upon due consideration and for good cause shown, it is hereby **ORDERED** that

the Consent Motion to Remand submitted by Defendant John Crane, Inc. (ECF No. 6) is **GRANTED,** and this matter is **REMANDED** to the Circuit Court for the City of Newport News, Virginia. The Clerk of the Court is **DIRECTED** to send a copy of this Order to all counsel of record.

    **IT IS SO ORDERED.**

/s/<br>Arenda L. Wright Allen<br>United States District Judge

July 6, 2022
Norfolk, Virginia